## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY MCKEEL, | ) |
| | ) |
| *Plaintiff*, | ) Case No. 2:25-cv-00894 |
| | ) |
| vs. | ) Judge Robert J. Colville |
| | ) |
| STEP-BY-STEP, INC., | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF APPEARANCE

The Workers' Rights Law Group LLP is counsel to Plaintiff, Corey McKeel, in the above-captioned matter. Kindly substitute the appearance of Garret A. Hampton, Esq. of The Workers' Rights Law Group, LLP, as counsel of record for Plaintiff in place of Elizabeth A. Murphy, Esq., who is no longer with the firm.

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

Date: December 9, 2025      By: */s/ Garret A. Hampton*

Garret A. Hampton, Esq. (Pa. I.D. No. 338635)

The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.9592
Facsimile: 412.991.7510
garret@workersrightslawgroup.com

*Counsel for Plaintiff, Corey McKeel*

## **CERTIFICATE OF SERVICE**

   I hereby certify that December 9, 2025, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.  Parties may access this filing through the Court's system.

                 By: */s/ Garret A. Hampton*
                    Garret A. Hampton, Esq.
                    Pa. I.D. No. 338635